# Court of Appeals
# of the State of Georgia

ATLANTA,  January 22, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1131.  MONTEL BROWN v. THE STATE.**

Montel Brown pleaded guilty to aggravated assault and possession of a knife during the commission of a felony. He later moved to withdraw his plea. The trial court denied the motion, and we affirmed that ruling on appeal. *Brown v. State*, 321 Ga. App. XXV (Case No. A13A0662, decided May 14, 2013).

Brown then filed a motion for an out-of-time appeal, which the trial court denied. Brown appealed that ruling, but we dismissed the appeal. In our dismissal order, we noted that although the denial of a motion for an out-of-time appeal generally is directly appealable, "there is no right to directly appeal the denial of such a motion filed by a defendant whose conviction has been affirmed on direct appeal." *Brown v. State*, Case No. A17A1230 (decided March 24, 2017). Because Brown's conviction had already been reviewed in his previous appeal from the denial of his motion to withdraw his plea, we ruled, he was not entitled to an out-of-time appeal.

Back in the trial court, Brown filed another motion for out-of-time appeal. The trial court denied it, and Brown once again seeks review in this Court. However, Brown has no right of appeal here for the same reasons set forth in our dismissal order in Case No. A17A1230. That dismissal order "constitutes binding law of the case and precludes appellate review of issues raised" in this appeal. *Williams v. State*, 335 Ga. App. 468, 469 (1) (781 SE2d 791) (2016) (punctuation omitted). In short, Brown "is not entitled to multiple bites at the apple." *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  01/22/2019*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen                          , Clerk.*